IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHERYL A. MCCASLAND | § | CASE NO. 07-42530 |
| xxx-xx-9195 | § | CHAPTER 13 |
| 150 Town Sq. | § | |
| Princeton, TX 75407 | § | |

DEBTOR
Appellant

## STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED ON RECORD OF APPEAL AS TO THE FINAL JUDGMENT ENTERED ON JUNE 13, 2008

COMES NOW, Robert E. Barron of Barron and Barron, LLP, attorney for Cheryl A. McCasland, Debtor, the Appellant, appealing from the Final Judgment entered by the Bankruptcy Court on June 13, 2008, and stating that the following issues are presented on appeal from such judgment and hereby designates the items to be included in the record of appeal on its appeal of the Honorable Brenda T. Rhoades' Final Judgment entered on June 13, 2008 which denied the debtor's confirmation.

## STATEMENT OF ISSUES

1. Whether the bankruptcy judge erred when she ruled that an exempt asset must be turned over to the Chapter 13 Trustee because it represented "projected disposable income"?

2. Whether the bankruptcy judged erred when she ruled the debtor did not have reasonable and necessary expenses and thus had to turn over the exempt $10,000 lawsuit settlement?

## DESIGNATION OF ITEMS

|    | Date | Docket # | Description |
|----|------|----------|-------------|
| 1. |      |          | Exhibit P-1, Amended Schedule I |
| 2. |      |          | Exhibit P-2, Amended Schedule J |
| 3. |      |          | Exhibit P-3, Order Approving Settlement |
| 4. |      |          | Exhibit P-4, Amended Schedule B |
| 5. |      |          | Exhibit P-5, Amended Schedule C |
| 6. |      |          | Transcript of Proceeding |

Respectfully submitted,

BARRON AND BARRON, L.L.P.
P.O. Box 1347
Nederland, TX 77627
409-727-0073

By: /s/Robert E. Barron
Robert E. Barron
SBN: 01820800
Attorney for Debtors

CERTIFICATE OF SERVICE

    I hereby certify that on July 3, 2008, a true and correct copy of the Statement of Issues and Designation of Items to be Included on Record of Appeal as to the Final Judgment Entered on June 13, 2008 be served via electronic means, if available, otherwise by regular, first class mail, to the following:

City of Princeton
Elizabeth Banda
P O Box 13430
Arlington, TX 76094

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd., Suite 300
PO Box 13430
Arlington, TX 76094-0430


Janna L. Countryman
P. O. Box 941166
Plano, TX 75094-1166

Cheryl A. McCasland
150 Town Sq.
Princeton, TX 75407

 PRINCETON ISD
C/O PERDUE, BRANDON, FIELDER, ET AL
P.O. BOX 13430
ARLINGTON, TX 76094-0430
 Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd., Suite 300
PO Box 13430
Arlington, TX 76094-0430

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

                                       /s/ Robert E. Barron
                                       ROBERT E. BARRON