IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| CHERYL A. MCCASLAND § | | |
| xxx-xx-9195 § | CASE NO. 07-42530 | |
| 150 TOWN SQ. § | | |
| PRINCETON, TX 75407 § | CHAPTER 13 | |
| § | | |
| Debtor | | |

**MOTION TO ABATE ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN & SETTING 30-DAY DISMISSAL DEADLINE FOR FILING NEW CHAPTER 13 PLAN AND SETTING FINAL DISMISSAL DEADLINE PERTAINING TO PLAN CONFIRMATION PLAN DUE ON 7-14-2008**

TO THE HONORABLE JUDGE OF SAID COURT:

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUESTS FOR HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER**.

COMES NOW, Cheryl A. McCasland, Debtor, by and through her attorney of record, Robert E. Barron of Barron and Barron, L.L.P., in the above-styled bankruptcy case and herewith files this Motion To Abate Order Denying Confirmation of Chapter 13 Plan & Setting 30 - Day Dismissal Deadline For Filing New Chapter 13 Plan and Setting Final Dismissal Deadline Pertaining to Plan Confirmation. Plan due on 7/14/2008, hereinafter referred to as "Motion to Abate" and in support would show the Court as follows:

1. Cheryl A. McCasland, Debtor, filed a Chapter 13 bankruptcy on November 1,

2007.

    2.     The Confirmation hearing was held on May 15, 2008, and the final arguments and ruling was held on June 11, 2008.

    3.     The Court denied confirmation and entered the Order Denying Confirmation of Chapter 13 Plan & Setting 30 - Day Dismissal Deadline For Filing New Chapter 13 Plan and Setting Final Dismissal Deadline Pertaining to Plan Confirmation. Plan due on 7/14/2008 on June 13, 2008 docket # 38, hereinafter referred to as "Order".

    4.     On June 23, 2008, the debtor filed a timely notice of appeal and has subsequently perfected the appeal by filing the Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of Issues on July 3, 2008.

    5.     The debtor files this Motion to Abate so ensure that the debtor's Chapter 13 case is not dismissed pursuant to the Order from this Court. The Order indicated that if a new plan was not filed by July 14, 2008, then this case would be dismissed with prejudice. However, since the debtor has appealed the Order and filing a new plan would render the issues from the first confirmation hearing moot, the debtor seeks to abate the requirement of filing a new plan pending a decision on the appeal.

WHEREFORE, PREMISES CONSIDERED, Cheryl A. McCasland, debtor, respectfully prays that this Court grant the Motion To Abate Order Denying Confirmation of Chapter 13 Plan & Setting 30 - Day Dismissal Deadline For Filing New Chapter 13 Plan and Setting Final Dismissal Deadline Pertaining to Plan Confirmation. Plan due on 7/14/2008 and for such other and further relief, both general and specific, at law or in equity, to which the Debtor may show justly entitled.

Dated: July 10, 2008

    Respectfully submitted,

    BARRON AND BARRON, L.L.P.
    P.O. Box 1347
    Nederland, TX 77627
    409-727-0073

    By: /s/ Robert E. Barron
    Robert E. Barron
    SBN: 01820800
    Attorney for Debtor

CERTIFICATE OF SERVICE

  I hereby certify that on July 10, 2008, a true and correct copy of the Motion To Abate Order Denying Confirmation of Chapter 13 Plan & Setting 30 - Day Dismissal Deadline For Filing New Chapter 13 Plan and Setting Final Dismissal Deadline Pertaining to Plan Confirmation. Plan due on 7/14/2008 shall be served via electronic means, if available, otherwise by regular, first class mail, to the following. This service complies with Local Rules of Bankruptcy Procedure 9013(f).

City of Princeton
Elizabeth Banda
P O Box 13430
Arlington, TX 76094

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd., Suite 300
PO Box 13430
Arlington, TX 76094-0430

Janna L. Countryman
P. O. Box 941166
Plano, TX 75094-1166

Cheryl A. McCasland
150 Town Sq.
Princeton, TX 75407

PRINCETON ISD
C/O PERDUE, BRANDON, FIELDER, ET AL
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd., Suite 300
PO Box 13430
Arlington, TX 76094-0430

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702   /s/ Robert E. Barron
        ROBERT E. BARRON

```
Label Matrix for local noticing              ACC Consumer Finance                         ATTW02
0540-4                                       9191 Town Center DR Ste 220                  C/O Merchants Credit
Case 07-42530                                San Diego, CA 92122-6299                     Executive offices
Eastern District of Texas                                                                 223 Jackson BLVD
Sherman                                                                                   Chicago, IL 60606-6908
Thu Jul 10 11:27:43 CDT 2008

American Express                             American Express Travel Related Services Co, Asset Acceptance LLC
POB 360001                                   c/o Becket and Lee LLP                       Po Box 2036
Fort Lauderdale, FL 33336-0001               POB 3001                                     Warren MI 48090-2036
                                             Malvern PA 19355-0701


Associates National Bank                     B-Real, LLC                                  Elizabeth Banda
C/O Island National Group                    MS 550                                       Perdue, Brandon, Fielder, Collins & Mott
6851 Jericho Town park Ste 180               PO Box 91121                                 4025 Woodland Park Blvd., Suite 300
Syosset, NY 11791                            Seattle, WA 98111-9221                       PO Box 13430
                                                                                          Arlington, TX 76094-0430


Robert E. Barron                             Barron & Barron, L.L.P.                      Capital One
P.O. Box 1347                                POB 1347                                     C/O Northland Group
Nederland, TX 77627-1347                     Nederland, TX 77627-1347                     POB 390846
                                                                                          Edina, MN 55439-0846


Capital One                                  Cavalry Portfolio Services, LLC              Citi Bank
c/o Resurgent Capitol                        7 Skyline Drive, Third Floor                 c/o MCM
3817 S Elomwood Ave                          Hawthorne, NY 10532-2156                     Dept 8820
Sioux Falls, SD 57105-6565                                                                LOS ANGELES, CA 90084-0001


CitiFinancial Auto, Ltd.                     Citifinancial                                City Finance
P.O. Box 182287                              P.O. Box 9575                                1330 N. McDonald # 205
Columbus, OH 43218-2287                      Coppell, TX 75019-9509                       Mc Kinney, TX 75071-1880


City of Princeton                            City of Princeton                            Collin County
Elizabeth Banda                              c/o Perdue, Brandon, Fielder, et al          POB 8006
P O Box 13430                                PO Box 13430                                 Mc Kinney, TX 75070-8006
Arlington, TX 76094-0430                     Arlington, TX  76094-0430


Compass Bank                                 Janna L. Countryman                          Covington Credit
C/O/ RJM                                     P. O. Box 941166                             405 M. McDonald Ste C
575 Underhill Blvd ste 224                   Plano, TX 75094-1166                         Mc Kinney, TX 75069
Syosset, NY 11791-3416


Covington Credit of Texas, Inc.              Cuso & Co.                                   Direct TV
Southern Management Corporation #TX0035      ACC Consumer Finance                         C/O First National Bank
PO Box 1947                                  PO Box 928476                                610 Waltham Way
Greenville, SC 29602-1947                    San Diego, CA 92192-8476                     Sparks, NV 89434-6695


First Cash                                   First Premier                                First Premier
AAMINC                                       C/O Arrow Financial                          C/o Jefferson Capital
330 Georgetwn SQ                             5996 W Touhy Ave                             POB 23051
Woodland, IL 60974                           Niles, IL 60714-4610                         Columbus, GA 31902-3051
```

| | | |
|---|---|---|
| (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | GREEN TREE-AL LLC<br>PO BOX 0049<br>PALATINE, IL 60055-0049 | Gold Star Finance<br>1502 W. University Ste 1<br>Mc Kinney, TX 75069-3441 |
| Green Tree<br>345 St. Peter St.<br>800 Landmark Towers<br>Saint Paul, MN 55102 | Hibernia Bank<br>C/O Rab Inc<br>POB 34111<br>Memphis, TN 38184-0111 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Internal Revenue Service<br>1100 Commerce St.<br>Stop MC5024DAL<br>Dallas, TX 75242-1100 | Jefferson Capital Systems LLC<br>PO BOX 23051<br>COLUMBUS GA 31902-3051 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MCI Communication<br>c/o CBCS<br>POB 163250<br>Columbus, OH 43216-3250 | Cheryl A. McCasland<br>150 Town Sq.<br>Princeton, TX 75407-8983 | McKinney Inv.<br>1407 W. University Dr.<br>Mc Kinney, TX 75069-4839 |
| Orthopedic Associates of North Texas<br>1105 N. Central Exwy., Suite 120<br>Allen, TX 75013-6106 | PRINCETON ISD<br>C/O PERDUE, BRANDON, FIELDER, ET AL<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Portfolio Recovery Associates, LLC.<br>POB 41067<br>NORFOLK VA 23541-1067 |
| Pres. Hospital of Allen<br>C/O Argent healthcare<br>Nashua, NH 03062 | Providen Bank<br>C/O Asset acceptance<br>POB 2036<br>Warren, MI 48090-2036 | Texas Medical Resources<br>C/O United Revenye Corp<br>204 Billings<br>Arlington, TX 76010-2495 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney's Office<br>110 North College Ave., Ste 700<br>Tyler, Texas 75702-7237 |
| View Point Bank<br>720 E. Arapaho<br>Richardson, TX 75081-2213 | ViewPoint Bank fka Community Credit Union<br>P.O. BOX 869105<br>Plano, TX 75086-9105 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| GREEN TREE SERVICING LLC<br>PO BOX 6154<br>RAPID CITY, SD 57709-6154<br>TELEPHONE NUMBER:(888) 298-7785 | (d)Green Tree Servicing LLC<br>PO Box 6154<br>Rapid City, SD  57709-7785 | IRS<br>Austin, TX 73301 |

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114


             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Princeton ISD                        End of Label Matrix
c/o Perdue, Brandon, Fielder, et al     Mailable recipients    52
PO Box 13430                            Bypassed recipients     1
Arlington, TX  76094-0430               Total                  53