THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHERYL A. MCCASLAND | § | |
| XXX-XX-9195 | § | CASE NO. 07-42530-R |
| 150 TOWN SQUARE | § | |
| PRINCETON, TX 75407 | § | CHAPTER 13 |
| | § | |
| DEBTOR | § | |
| | § | |

## TRUSTEE'S MOTION TO DISMISS APPEAL

COMES NOW JANNA L. COUNTRYMAN, the Standing Chapter 13 Trustee, and files this her Motion to Dismiss Appeal in the above numbered and styled proceeding, and for cause would show the Honorable Court as follows:

The appeal was taken from an interlocutory order without leave to appeal.

WHEREFORE, PREMISES CONSIDERED, Janna L. Countryman, the Standing Chapter 13 Trustee, prays that the appeal be dismissed.

Respectfully submitted,

/s/ Greg R. Arnove
Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Trustee's Motion to Dismiss Appeal has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

CHERYL A. MCCASLAND
150 TOWN SQUARE
PRINCETON, TX 75407

BARRON & BARRON, LLP
P. O. BOX 1347
NEDERLAND, TX 77627-1347

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, LLP
P. O. BOX 13430
ARLINGTON, TX 76094

Dated: July 14, 2008

/s/ Greg R. Arnove
Office of the Standing Chapter 13 Trustee